```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTY MORROW,

                Plaintiff,

      - against -

METROPOLITAN TRANSIT AUTHORITY,
NEW YORK CITY TRANSIT, et al.,

                Defendants.

**ORDER**

08 Civ. 6123 (DLC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference with the Court on March 11, 2009,

**IT IS HEREBY ORDERED THAT** the Parties appear for a telephone conference with the Court on **March 30, 2009, at 3:00 p.m.**

**SO ORDERED this 11th day of March 2009**
**New York, New York**

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge